**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____

Chapter you are filing under:
☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

☐ Check if this an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Stewart**<br>First name<br><br>**Wayne**<br>Middle name<br><br>**Capps**<br>Last name and Suffix (Sr., Jr., II, III) | **Candice**<br>First name<br><br>**Marie**<br>Middle name<br><br>**Capps**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. |  | **Candice Marie Alexander** |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-0906 | xxx-xx-0063 |

Debtor 1  **Stewart Wayne Capps**
Debtor 2  **Candice Marie Capps**　　　　　　　　　　　　　　　　　　Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |
| **5. Where you live** | **382 Mitchells Mill Road**<br>**Aylett, VA 23009**<br>Number, Street, City, State & ZIP Code<br><br>**King William**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ |

Debtor 1 **Stewart Wayne Capps**
Debtor 2 **Candice Marie Capps**                                                                 Case number *(if known)*

| Part 2: | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No.
■ Yes.

| District | ch7/Debtors discharged: 06/29/2011 | When | 3/16/11 | Case number | 11-31708 |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | When | Case number, if known | |
| Debtor | | Relationship to you | |
| District | When | Case number, if known | |

**11. Do you rent your residence?**

■ No.    Go to line 12.
☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.
☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | **Stewart Wayne Capps** | |
|---|---|---|
| Debtor 2 | **Candice Marie Capps** | Case number *(if known)* |

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____

_____
Number, Street, City, State & Zip Code

| | |
|---|---|
| Debtor 1 | **Stewart Wayne Capps** |
| Debtor 2 | **Candice Marie Capps** |

Case number *(if known)* _____

| Part 5: | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1   **Stewart Wayne Capps**
Debtor 2   **Candice Marie Capps**                                              Case number *(if known)*

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

**16.** **What kind of debts do you have?**

    16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

        ☐ No. Go to line 16b.

        ■ Yes. Go to line 17.

    16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

        ☐ No. Go to line 16c.

        ☐ Yes. Go to line 17.

    16c.  State the type of debts you owe that are not consumer debts or business debts

_____

**17.** **Are you filing under Chapter 7?**

    ■ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

    ☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

        ☐ No

        ☐ Yes

**18.** **How many Creditors do you estimate that you owe?**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19.** **How much do you estimate your assets to be worth?**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**20.** **How much do you estimate your liabilities to be?**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| **Part 7:** | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **/s/ Stewart Wayne Capps** | **/s/ Candice Marie Capps** |
| **Stewart Wayne Capps** | **Candice Marie Capps** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on **December 11, 2018** | Executed on **December 11, 2018** |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1  **Stewart Wayne Capps**
Debtor 2  **Candice Marie Capps**                                                                 Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| | | |
|---|---|---|
| **/s/ Nupa Agarwal** | Date | **December 11, 2018** |
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**Nupa Agarwal 42545**
Printed name

**Nupa Agarwal Attorney at Law**
Firm name

**PO Box 17275**
**Richmond, VA 23226**
Number, Street, City, State & ZIP Code

Contact phone  **(804) 691-2655**                    Email address    **nupaagarwal@gmail.com**

**42545 VA**
Bar number & State

---

.

Department of Treasury-IRS
IRS
PO Box 7346
Philadelphia, PA 19101


Aarons
251 N Washington Hwy, Ste b-1
Ashland, VA 23005


Advance America
7029 Mechanicsville Tnpk
Mechanicsville, VA 23111


AMCA
PO Box 1235
Elmsford, NY 10523


American Anesthesiology of VA
PO Box 88087
Chicago, IL 60680-1087


AR Resources, Inc.
Po Box 1056
ATTN: Bankruptcy
Blue Bell, PA 19422


Aylett Med CTR-A Dept of MRMC
PO Box 843356
Boston, MA 02284-3356


Aylett Med CTR-A Dept of MRMC
ATTN: 18117j
PO Box 14000
Belfast, ME 04915-4033


BCC Financial Services
PO Box 590097
Fort Lauderdale, FL 33359


Bon Secours
Richmond Health System
PO Box 843356
Boston, MA 02284-3356

Bon Secours Medical Group
PO Box 843356
Boston, MA 02284-3356


CAB
8002 Discovery Drive
Suite 311
Henrico, VA 23229


Capio Partners LLC
2222 Texoma Pkwy
Ste 150
Sherman, TX 75090


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Caroline County Fire & Rescue
PO Box 863
Lewisville, NC 27023-0863


Cashnet Usa
175 W. Jackson Ste 1000
Chicago, IL 60604


CBE Group
131 Tower Park Drive
Suite 100
Waterloo, IA 50701


Commonwealth Financial Systems
Attn: Bankruptcy
245 Main Street
Dickson City, PA 18519


Commonwealth Radiology
1508 Willow Lawn Drive
Ste 117
Richmond, VA 23230


Comonwealth of VA Dept of Tax
c/o Tax Authority Consulting
PO Box 2156
Richmond, VA 23218

Convergent Outsourcing Inc.
PO Box 9004
Renton, WA 98057

Credit Acceptance
25505 West 12 Mile Road
Suite 3000
Southfield, MI 48034

Credit Collection Sercies
725 Canton Street
626.6
Norwood, MA 02062

Emergency Medicine Associates
PO Box 88087
Chicago, IL 60680-1087

Emergency Medicine Associates
PO Box 826804
Philadelphia, PA 19182-6804

Equifax
Attn: Bankruptcy Dept.
P.O. Box 740241
Atlanta, GA 30374

Experian
Attn: Bankruptcy Dept.
P.O. Box 2002
Allen, TX 75013

Fidelity Bank Mortgage
ATTN: Mortgage Servicing
PO Box 105075
Atlanta, GA 30348-5075

First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117

Focused Recovery Solution
PO Box 63355
Charlotte, NC 28263

```
Ford Motor Credit
Attn: Bankruptcy
Po Box 542000
Omaha, NE 68154


Ford Motor Credit
PO Box 6508
Mesa, AZ 85216-6508


Fredicksburg Emer Med Alliance
PO Box 888
Fredericksburg, VA 22404-0888


Frost-Arnett Company
PO Box 1280
Oaks, PA 19456-1280


Hanover County General Dist Co
P. O. Box 176
7515 Library Drive
Hanover, VA 23069-0176


Henrico County Gen. Dist. Crt.
P. O. Box 90775
4301 East Parham Road
Henrico, VA 23273-0775


Horizon Financial Management
8980 Georgia St.
Crown Point, IN 46307-6520


Ic Systems Inc
Po Box 64378
St. Paul, MN 55164


IRS Centralized Insolvency Ope
PO BOx 7346
Philadelphia, PA 19101-7346


IRS Insolvency*
400 N. 8th Street Box 76
M/ROOM 898
Richmond, VA 23219
```

Jefferson Capital Systems
16 McLeland Rd
Saint Cloud, MN 56303


Lab. Corp
PO Box 2240
Burlington, NC 27216


Lendmark Financial Ser
2118 Usher St NW
Covington, GA 30014


Lincoln Automotive Fin Svcs
Attn: Bankruptcy
Po Box 542000
Omaha, NE 68154


Memorial Regional Med. Center
PO BOX 409438
Atlanta, GA 30384-9438


Miramed Revenue Group
Attn: Bankruptcy
360 East 22nd Street
Lombard, IL 60148


MiraMed Revenue Group
360 East 22nd Street
Lombard, IL 60148


MiraMed Revenue Group
P.O. Box 536
Linden, MI 48451-0536


Mitchell D. Bluhm & Assoc
3400 Texoma PKWY, Suite 100
Sherman, TX 75090


Monument Pathologists Inc.
PO Box 91726
Richmond, VA 23291-1726


Monument Pathologists Inc.
P.o. Box 5468
Martinsville, VA 24115-5468

One Hampton Medical
3475 Momentum Place
Chicago, IL 60689-5334

One Hanpton Medical
3475 Momentum PL
Chicago, IL 60689-5334

OSLA/Dept of Ed
Attn: Bankruptcy
Po Box 18475
Oklahoma City, OK 73154

Patricia Capps
PO Box 325
Ladysmith, VA 22501

Portfolio Recovery
Po Box 41021
Norfolk, VA 23541

Randolph Boyd Cherry and Vaugh
13 East Main Street
Richmond, VA 23219

Receivables Outsourcing, LLC
PO Box 549
Lutherville Timonium, MD 21094

Richmond Card Assoc-
A Dept of MRMC
PO Box 843356
Boston, MA 02284-3356

Richmond Emergency Physcians
PO Box 79013
Baltimore, MD 21279-0013

Scheer, Green, & Burke, Co.
PO Box 1312
Toledo, OH 43603-1312

Spinella Owings and Shaia
8550 Mayland Dr
Henrico, VA 23294

```
ST Mary's of Richmond Pro Fee
PO Box 28538
Henrico, VA 23228-8538


Stern Recovery Services
415 North Edgeworth Street
Suite 210
Greensboro, NC 27401


Surgical Specs of Richmond
ATTN#18117J
PO Box 14000
Belfast, ME 04915-4033


The Law Offices of
Mitchel D.Bluhm & Assoc
3400 Texoma Pkwy, Ste 100
Sherman, TX 75090


Transunion
Attn: Bankruptcy Dept.
P.O. Box 1000
Crum Lynne, PA 19022


United Consumers Inc
Attn: Bankruptcy Dept
Po Box 4466
Woodbridge, VA 22192


United Consumers Inc
PO Box 4466
Woodbridge, VA 22194


Virginia Breast Center
ATTN: 18118C
PO BOx 14000
Belfast, ME 04915-4033


West End Anesthesia Group Inc.
5855 Bremo Rd.
Ste. 100
Richmond, VA 23226-1926
```