```
Department of Treasury-IRS
IRS
PO Box 7346
Philadelphia, PA 19101


Aarons
251 N Washington Hwy, Ste b-1
Ashland, VA 23005


Advance America
7029 Mechanicsville Tnpk
Mechanicsville, VA 23111


AMCA
PO Box 1235
Elmsford, NY 10523


American Anesthesiology of VA
PO Box 88087
Chicago, IL 60680-1087


AR Resources, Inc.
Po Box 1056
ATTN: Bankruptcy
Blue Bell, PA 19422


Aylett Med CTR-A Dept of MRMC
PO Box 843356
Boston, MA 02284-3356


Aylett Med CTR-A Dept of MRMC
ATTN: 18117j
PO Box 14000
Belfast, ME 04915-4033


BCC Financial Services
PO Box 590097
Fort Lauderdale, FL 33359


Bon Secours
Richmond Health System
PO Box 843356
Boston, MA 02284-3356
```

Bon Secours Medical Group
PO Box 843356
Boston, MA 02284-3356


CAB
8002 Discovery Drive
Suite 311
Henrico, VA 23229


Capio Partners LLC
2222 Texoma Pkwy
Ste 150
Sherman, TX 75090


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Caroline County Fire & Rescue
PO Box 863
Lewisville, NC 27023-0863


Cashnet Usa
175 W. Jackson Ste 1000
Chicago, IL 60604


CBE Group
131 Tower Park Drive
Suite 100
Waterloo, IA 50701


Commonwealth Financial Systems
Attn: Bankruptcy
245 Main Street
Dickson City, PA 18519


Commonwealth Radiology
1508 Willow Lawn Drive
Ste 117
Richmond, VA 23230


Comonwealth of VA Dept of Tax
c/o Tax Authority Consulting
PO Box 2156
Richmond, VA 23218

Convergent Outsourcing Inc.
PO Box 9004
Renton, WA 98057

Credit Acceptance
25505 West 12 Mile Road
Suite 3000
Southfield, MI 48034

Credit Collection Sercies
725 Canton Street
626.6
Norwood, MA 02062

Emergency Medicine Associates
PO Box 88087
Chicago, IL 60680-1087

Emergency Medicine Associates
PO Box 826804
Philadelphia, PA 19182-6804

Equifax
Attn: Bankruptcy Dept.
P.O. Box 740241
Atlanta, GA 30374

Experian
Attn: Bankruptcy Dept.
P.O. Box 2002
Allen, TX 75013

Fidelity Bank Mortgage
ATTN: Mortgage Servicing
PO Box 105075
Atlanta, GA 30348-5075

First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117

Focused Recovery Solution
PO Box 63355
Charlotte, NC 28263

Ford Motor Credit
Attn: Bankruptcy
Po Box 542000
Omaha, NE 68154

Ford Motor Credit
PO Box 6508
Mesa, AZ 85216-6508

Fredicksburg Emer Med Alliance
PO Box 888
Fredericksburg, VA 22404-0888

Frost-Arnett Company
PO Box 1280
Oaks, PA 19456-1280

Hanover County General Dist Co
P. O. Box 176
7515 Library Drive
Hanover, VA 23069-0176

Henrico County Gen. Dist. Crt.
P. O. Box 90775
4301 East Parham Road
Henrico, VA 23273-0775

Horizon Financial Management
8980 Georgia St.
Crown Point, IN 46307-6520

Ic Systems Inc
Po Box 64378
St. Paul, MN 55164

IRS Centralized Insolvency Ope
PO BOx 7346
Philadelphia, PA 19101-7346

IRS Insolvency*
400 N. 8th Street Box 76
M/ROOM 898
Richmond, VA 23219

Jefferson Capital Systems
16 McLeland Rd
Saint Cloud, MN 56303


Lab. Corp
PO Box 2240
Burlington, NC 27216


Lendmark Financial Ser
2118 Usher St NW
Covington, GA 30014


Lincoln Automotive Fin Svcs
Attn: Bankruptcy
Po Box 542000
Omaha, NE 68154


Memorial Regional Med. Center
PO BOX 409438
Atlanta, GA 30384-9438


Miramed Revenue Group
Attn: Bankruptcy
360 East 22nd Street
Lombard, IL 60148


MiraMed Revenue Group
360 East 22nd Street
Lombard, IL 60148


MiraMed Revenue Group
P.O. Box 536
Linden, MI 48451-0536


Mitchell D. Bluhm & Assoc
3400 Texoma PKWY, Suite 100
Sherman, TX 75090


Monument Pathologists Inc.
PO Box 91726
Richmond, VA 23291-1726


Monument Pathologists Inc.
P.o. Box 5468
Martinsville, VA 24115-5468

One Hampton Medical
3475 Momentum Place
Chicago, IL 60689-5334


One Hanpton Medical
3475 Momentum PL
Chicago, IL 60689-5334


OSLA/Dept of Ed
Attn: Bankruptcy
Po Box 18475
Oklahoma City, OK 73154


Patricia Capps
PO Box 325
Ladysmith, VA 22501


Portfolio Recovery
Po Box 41021
Norfolk, VA 23541


Randolph Boyd Cherry and Vaugh
13 East Main Street
Richmond, VA 23219


Receivables Outsourcing, LLC
PO Box 549
Lutherville Timonium, MD 21094


Richmond Card Assoc-
A Dept of MRMC
PO Box 843356
Boston, MA 02284-3356


Richmond Emergency Physcians
PO Box 79013
Baltimore, MD 21279-0013


Scheer, Green, & Burke, Co.
PO Box 1312
Toledo, OH 43603-1312


Spinella Owings and Shaia
8550 Mayland Dr
Henrico, VA 23294

ST Mary's of Richmond Pro Fee
PO Box 28538
Henrico, VA 23228-8538


Stern Recovery Services
415 North Edgeworth Street
Suite 210
Greensboro, NC 27401


Surgical Specs of Richmond
ATTN#18117J
PO Box 14000
Belfast, ME 04915-4033


The Law Offices of
Mitchel D.Bluhm & Assoc
3400 Texoma Pkwy, Ste 100
Sherman, TX 75090


Transunion
Attn: Bankruptcy Dept.
P.O. Box 1000
Crum Lynne, PA 19022


United Consumers Inc
Attn: Bankruptcy Dept
Po Box 4466
Woodbridge, VA 22192


United Consumers Inc
PO Box 4466
Woodbridge, VA 22194


Virginia Breast Center
ATTN: 18118C
PO BOx 14000
Belfast, ME 04915-4033


West End Anesthesia Group Inc.
5855 Bremo Rd.
Ste. 100
Richmond, VA 23226-1926